UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CASE NO: 5:20-MJ-2242

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| V. | ) | CRIMINAL INFORMATION |
| NATHANIEL A. MEADOWS | ) | |

The United States Attorney charges:

## COUNT ONE

THAT on or about May 17, 2020, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, NATHANIEL A. MEADOWS, did willfully injure or commit a depredation against property of the United States, or a department or agency thereof, to wit: a security gate arm, in violation of Title 18, United States Code, Section 1361; and that the damage of such property did not exceed the sum of $1,000.

## COUNT TWO

THAT on or about May 17, 2020, on the Fort Bragg Military Reservation, an area within the special maritime and territorial jurisdiction of the United States and within the Eastern District of North Carolina, NATHANIEL A. MEADOWS, did reenter or was found within said Reservation after having been removed there

from or ordered not to reenter by an officer or person in command or charge thereof, in violation of Title 18, United States Code, Section 1382.

ROBERT J. HIGDON, JR.
UNITED STATES ATTORNEY

BY: _____
ANTONINO C. MONEA
Special Assistant United States Attorney
XVIII Airborne Corps & Ft Bragg