UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
OFFICE OF THE CLERK

PETER A. MOORE, JR.  
CLERK OF COURT

REPLY TO:  
P.O. Box 25670  
Raleigh, NC 27611  
919-645-1700

November 13, 2020

NATHANIEL A. MEADOWS

RE: United States of America vs. NATHANIEL A. MEADOWS

Dear MR. MEADOWS

The enclosed criminal charge(s) have been filed against you in Federal Court for violations of federal law which occurred at Fort Bragg, North Carolina. Your initial appearance before the United States Magistrate Judge is on WEDNESDAY, DECEMBER 16, 2020. If you fail to make your initial appearance before the United States Magistrate Judge on DECEMBER 16, 2020, a warrant for your arrest will be turned over to the United States Marshal's Service.

The courtroom is located on the third floor of the United States Courthouse and Federal Building (Post Office Building) at 301 Green Street in Fayetteville, North Carolina. Court begins at 8:00 a.m. and you are required to be there at this time. **\*\* Cell Phones Prohibited in the Federal Building and a Picture ID Is Required for Entrance. \*\***

**Any questions you have regarding your case or the scheduling of your case should be directed to the JAG office at 910-396-1221. Should you desire court-appointed counsel, please report to the U.S. Probation Office in Fayetteville at 150 Rowan St., Suite 110 between the hours of 8:30 am and 4:00 pm, Monday through Friday. They can be reached at 910-483-8613. Thank you.**

Sincerely,

Peter A. Moore, Jr., Clerk of Court

Enclosure(s)